# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0073.  JENKINS v. THE STATE.**

On June 6, 2018, this Court granted Appellant's application for interlocutory appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*